# CASE ANNOUNCEMENTS

*March 14, 2008*

[Cite as *03/14/2008 Case Announcements,* 2008-Ohio-1106.]

## MOTION AND PROCEDURAL RULINGS

**2008–0411.   Cleveland Clinic Found. v. Levin.**
Board of Tax Appeals, Nos. 2005–V–1726, 2006–V–99, and 2006–H–117. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellants' motion to stay briefing on the motion to dismiss pending mediation,
   It is ordered by the court that the motion is granted.

**2008–0478.   State ex rel. Summit Cty. Republican Party Executive Commt. v. Brunner.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition. Upon consideration of respondent's motions to require relator to file the videotaped deposition under seal,
   It is ordered by the court that the motions are denied.
   PFEIFER and LANZINGER, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**2008–0210.   State v. Hall.**
Hamilton App. No. C–061034. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.